## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

TOWERNORTH DEVELOPMENT, LLC,

          Plaintiff,

v.

BAYFIELD COUNTY; and
BAYFIELD COUNTY BOARD OF
ADJUSTMENT,

          Defendants.

Case No.: 3:25-cv-964

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff TowerNorth Development, LLC, by and through its counsel, Husch Blackwell LLP, moves the Court, under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116, for a preliminary injunction pending the trial on the merits of the claims in this case, that either (a) enjoins Defendants from interfering with TowerNorth's "entitle[ment] to proceed with the activity for which it sought approval in its application," *State ex rel. United States Cellular Operating Co. LLC v. Town of Fond du Lac*, 2025 WI App 21, ¶¶ 46–47, 50, 415 Wis. 2d 720, 19 N.W.3d 627, (b) enjoins Defendants to issue all necessary permits to allow TowerNorth to proceed with construction of the proposed tower, or (c) both. *See* 47 U.S.C. § 332; 28 U.S.C. § 2201; Wis. Stat. § 66.0404.

Plaintiff has applied for permits from Defendants to install a telecommunications tower to address a gap in wireless service coverage. Defendants have failed to

1

timely act on that application—and, in the alternative, have unlawfully denied that applications.

Plaintiff is likely to succeed on the merits of its claims; it will suffer irreparable harm; the balance of the hardships favors Plaintiff; and the injunction will serve the public interest. This motion is supported by the accompanying brief and the Declarations of Joseph S. Diedrich and Bert Stern, which are being filed contemporaneously.

Finally, undersigned counsel is counsel in *Fletcher v. Experian Info Solutions*, No. 25-20086 (5th Cir. 2025). The Fifth Circuit has scheduled oral argument in that case for January 6, 2026. Accordingly, TowerNorth respectfully requests that the Court *not* schedule a hearing on this motion between January 5–7, 2026.

Dated: November 24, 2025

/s/ Joseph S. Diedrich
Joseph S. Diedrich
Rodney W. Carter
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
414.978.5425

*Counsel to Plaintiff*

2